**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103
Micaela L. Neal #287107
Erin T. Huntington #306037

Attorneys for: Plaintiff RUIZ FOOD PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation<br><br>        Plaintiff,<br><br>v.<br><br>RUSSELL MEIGS, an individual, AMY LOEWUS, an individual, INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC, a Colorado Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:18-CV-00317-DAD-EPG<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 5, 2018<br>First Amended Complaint Filed: March 26, 2018 |

1

| | |
|---|---|
| 1 | The following stipulation is entered into by and between plaintiff RUIZ FOOD |
| 2 | PRODUCTS, INC., a California corporation ("Plaintiff"), on the one hand, and defendants |
| 3 | RUSSELL MEIGS, an individual, AMY LOEWUS, an individual, and INDUSTRIAL |
| 4 | BAKERY TECHNICAL SERVICE, LLC, a Colorado corporation (collectively, |
| 5 | "Defendants"), on the other hand, by and through their respective counsel of record: |
| 6 | WHEREAS, Plaintiff filed its Complaint (Dkt. 1) in this action on March 5, 2018; |
| 7 | WHEREAS, the Court issued an Order to Show Cause Why Action Should Not be |
| 8 | Dismissed for Lack of Subject Matter Jurisdiction (Dkt. 7) on March 13, 2018, directing |
| 9 | Plaintiff to indicate the identity and citizenship of each of defendant INDUSTRIAL BAKERY |
| 10 | TECHNICAL SERVICE, LLC's members; |
| 11 | WHEREAS, in response to the Court's Order to Show Cause, Plaintiff filed its First |
| 12 | Amended Complaint (Dkt. 10) on March 26, 2018; |
| 13 | WHEREAS, the original deadline for Defendants to respond to Plaintiff's First |
| 14 | Amended Complaint was is April 9, 2018; |
| 15 | WHEREAS, Plaintiff agreed to provide Defendants an extension of time until April 23, |
| 16 | 2018 to file their responsive pleading to Plaintiff's First Amended Complaint (Dkt. 11); |
| 17 | WHEREAS, the parties have been engaged in settlement discussions, and require a |
| 18 | short extension for Defendants to file a responsive pleading to continue to try and reach a |
| 19 | resolution; |
| 20 | WHEREAS, Plaintiff has agreed to provide Defendants a second extension of time until |
| 21 | May 7, 2018 to file their responsive pleading to Plaintiff's First Amended Complaint (Dkt. 10); |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

NOW, THEREFORE, pursuant to Local Rule 144, IT IS HEREBY STIPULATED by the parties that the date for Defendants RUSSELL MEIGS, AMY LOEWUS, and INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. 10) shall be extended through and include May 7, 2018.

DATED: April 19, 2018     KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ R. Jeffrey Warren
    R. JEFFREY WARREN
    Attorneys for Defendants RUSSELL MEIGS, AMY LOEWUS, and INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC

DATED: April 19, 2018     WANGER JONES HELSLEY PC

By: /s/ Michael S. Helsley
    Michael S. Helsley
    Micaela L. Neal
    Erin T. Huntington
    Attorneys for Plaintiff RUIZ FOODS PRODUCTS, INC.

## **ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants are granted a second extension to file their response to the First Amended Complaint. Defendants' responsive pleading shall be filed by no later than May 7, 2018.

IT IS SO ORDERED.

Dated: __**April 20, 2018**__                    /s/ *Erin P. Grosj*
                                                                    UNITED STATES MAGISTRATE JUDGE