**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103
Micaela L. Neal #287107
Erin T. Huntington #306037

Attorneys for: Plaintiff RUIZ FOOD PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL MEIGS, an individual, AMY LOEWUS, an individual, INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC, a Colorado Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-CV-00317-DAD-EPG<br><br>**STIPULATION AND ORDER FOR THIRD AND FINAL EXTENSION OF TIME FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 5, 2018<br>First Amended Complaint Filed: March 26, 2018 |

1

The following stipulation is entered into by and between plaintiff RUIZ FOOD PRODUCTS, INC., a California corporation ("Plaintiff"), on the one hand, and defendants RUSSELL MEIGS, an individual, AMY LOEWUS, an individual, and INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC, a Colorado corporation (collectively, "Defendants"), on the other hand, by and through their respective counsel of record:

WHEREAS, Plaintiff filed its Complaint (Dkt. 1) in this action on March 5, 2018;

WHEREAS, the Court issued an Order to Show Cause Why Action Should Not be Dismissed for Lack of Subject Matter Jurisdiction (Dkt. 7) on March 13, 2018, directing Plaintiff to indicate the identity and citizenship of each of defendant INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC's members;

WHEREAS, in response to the Court's Order to Show Cause, Plaintiff filed its First Amended Complaint (Dkt. 10) on March 26, 2018;

WHEREAS, the original deadline for Defendants to respond to Plaintiff's First Amended Complaint was is April 9, 2018;

WHEREAS, Plaintiff agreed to provide Defendants an extension of time until April 23, 2018 to file their responsive pleading to Plaintiff's First Amended Complaint (Dkt. 11);

WHEREAS, the parties have been engaged in settlement discussions, and on April 20, 2018, this Court granted Defendants a second extension of time until May 7, 2018 to file their responsive pleading to Plaintiff's First Amended Complaint (Dkt. 13);

WHEREAS, the parties have exchanged proposed settlement documents, which would fully resolve the case, and are reviewing said documents with their respective clients, revising said documents, and anticipate reaching a resolution within the next two weeks;

WHEREAS, in order to allow the parties to reach the anticipated resolution, the parties respectfully request from this Court one final extension until May 21, 2018, to allow Defendants file their responsive pleading to Plaintiff's First Amended Complaint.

///
///
///

NOW, THEREFORE, pursuant to Local Rule 144, IT IS HEREBY STIPULATED by the parties that the date for Defendants RUSSELL MEIGS, AMY LOEWUS, and INDUSTRIAL BAKERY TECHNICAL SERVICE, LLC to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. 10) shall be extended one final time through and include May 21, 2018.

DATED: May 2, 2018             KLEIN, DENATALE, GOLDNER, COOPER,
                               ROSENLIEB & KIMBALL, LLP

                               By: */s/ R. Jeffrey Warren*
                                   R. JEFFREY WARREN
                                   Attorneys for Defendants RUSSELL MEIGS,
                                   AMY LOEWUS, and INDUSTRIAL
                                   BAKERY TECHNICAL SERVICE, LLC

DATED: May 2, 2018             WANGER JONES HELSLEY PC

                               By: */s/ Michael S. Helsley*
                                   Michael S. Helsley
                                   Micaela L. Neal
                                   Erin T. Huntington
                                   Attorneys for Plaintiff RUIZ FOODS
                                   PRODUCTS, INC.

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants are granted a third and final extension to file their response to the First Amended Complaint. Defendants' responsive pleading shall be filed by no later than May 21, 2018.

IT IS SO ORDERED.

Dated: **May 3, 2018**          /s/ *Erin P. Gросјеан*
                                UNITED STATES MAGISTRATE JUDGE